

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00462-CV

Francine **ALCANTAR** and Steven Alcantar,
Appellants

v.

**TRINITY ROOFING AND RESTORATION, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV06778
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MASSEY BRISSETTE

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellee's motion to dismiss is DENIED as moot. Costs are taxed against the appellants.

SIGNED October 2, 2024.

_____
Lori I. Valenzuela, Justice